**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**United States Probation Office**

---

**I N T E R O F F I C E   M E M O R A N D U M** & <u>**ORDER THEREON**</u>

---

**TO:**  Colleen Lydon, Courtroom Deputy
of the Honorable Edward J. Garcia

**FROM:**  Wendy E. Reyes
United States Probation Officer

**DATE:**  February 4, 2010

**SUBJECT:**  **Maurice Laron TAYLOR**
**Docket Number:  2:04CR00444-01**
<u>**REQUEST FOR CONTINUANCE**</u>

---

This is to advise that we are requesting this matter be continued on Your Honor's calendar from February 12, 2010, to February 19, 2010, at 10:00 a.m. for disposition on a violation of a term of supervised release.


**Reviewed by:**      /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

WER/cj

cc:   Probation Office
      Paul Hemesath, Assistant United States Attorney
      Linda Harter, Defense Counsel


**XX Approved**
                     /s/ Edward J. Garcia            2/9/10
                     **EDWARD J. GARCIA**             Date
                     **Senior United States District Judge**

____ **Disapproved**

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (NO SCHED).WPD